**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | |
| *Plaintiff,* | |
| v. | Civil Action No. 76-1062 |
| ST. LANDRY PARISH SCHOOL BOARD, *et al.,* | |
| *Defendants.* | |

**ORDER GRANTING JOINT MOTION**
**STIPULATING TO TERMINATION OF CONSENT DECREE**

Upon consideration of the United States' and the St. Landry Parish School Board's Joint Motion Stipulating to Termination of Consent Decree, the parties' motion is hereby **GRANTED**.

Accordingly, it is hereby **ORDERED** that the Consent Decree and Judgment, entered in this action on December 5, 1979, is hereby terminated in accordance with Rule 60(b)(5) of the Federal Rules of Civil Procedure.

**SO ORDERED**.

Dated: _June 5_____, 2025

_____
ROBERT R. SUMMERHAYS
UNITED STATES DISTRICT JUDGE